IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

STUDCO BUILDING SYSTEMS U.S., LLC,

    *Plaintiff,*

v.

1ST ADVANTAGE FEDERAL CREDIT UNION,
JOHN DOE,

    *Defendants.*

Civil Action No.: 19-cv-6819
Hon. Frank P. Geraci, Jr.

## NOTICE OF MOTION OF DEFENDANT 1ST ADVANTAGE FEDERAL CREDIT UNION'S RULE 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant 1st Advantage Federal Credit Union ("1st Advantage"), by undersigned counsel, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, moves this Court to dismiss the Plaintiff's Amended Complaint against it for lack of personal jurisdiction. The grounds and authorities in support of this Motion to Dismiss are set forth in the Memorandum of Law in Support of Defendant 1st Advantage Federal Credit Union's Motion to Dismiss. Pursuant to Local Rule 7(a)(1), defendant intends to file and serve reply papers. This matter is to be taken upon submission of papers without oral argument unless otherwise ordered by the Court.

Dated: February 12, 2020

MONACO, COOPER, LAMME & CARR, PLLC

By: *s/Gina T. Wisniewski*
    GINA T. WISNIEWSKI
    Bar Roll Number: 519306
Attorneys for Defendant, 1st Advantage Federal Credit Union
Office and P.O. Address
1881 Western Avenue, Suite 200
Albany, NY 12203
Phone: 518-855-3535
E-mail: gwisniewski@mclclaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of February, 2020, I will electronically file the foregoing Defendant 1st Advantage Federal Credit Union's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction with the Court's CM/ECF system, which will send notice of electronic filing to the following:

                         Myriah V. Jaworski, Esq.
                         Jennifer A. Beckage, Esq.
                         Beckage PLLC
                         The Liberty Building
                         420 Main Street, Suite 1110
                         Buffalo, NY 14202
                         *Counsel for Plaintiff*

                                    *s/Gina T. Wisniewski*
                                    GINA T. WISNIEWSKI

18158741v1