UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

STUDCO BUILDING SYSTEMS US, LLC,

    Plaintiff,

v.                                                                                              Case No. 2:20-cv-00417

1st ADVANTAGE FEDERAL CREDIT UNION,
JOHN DOE,

    Defendants.

**JOINT STATEMENT OF UNCONTESTED FACTS**

Pursuant to this Court's March 8, 2021 Rule 16(b) Scheduling Order, and its December 15, 2021 Order, Plaintiff Studco Building Systems US, LLC ("Studco") and Defendant 1st Advantage Federal Credit Union ("1st Advantage"), respectfully submit this joint statement of uncontested facts:

    1.    Lesa Taylor opened an account at 1st Advantage in 2010 (the "2010 Account") which remained open through 2018.

    2.    Lesa Taylor opened an account at 1st Advantage in 2015 (the "2015 Account") which remained open through 2018.

    3.    On August 9, 2018, Lesa Taylor opened a personal account (Account No. xxx713) at 1st Advantage (the "Account").

    4.    On October 1, 2018, Studco received a "spoofed" email from an unknown third-party purporting to be from Olympic Steel, and fraudulently instructing Studco to change its banking remittance information to the Account.

    5.    In 2018, Keith Ward was 1st Advantage's Compliance Manager.

6. In 2018, Keith Ward was the highest-ranking employee in 1st Advantage's compliance department.

7. From October 4 to November 13, 2018, Studco made four ACH deposits identifying Olympic Steel as the beneficiary but listing Lesa Taylor's 1st Advantage account number.

8. The ACH deposits originating from Studco's account with JP Morgan Chase totaled $558,868.71, broken down as follows:

    a. On October 4, 2018 for $156,834.55.

    b. On October 16, 2018 for $246,260.44;

    c. On November 5, 2018 for $40,980.09; and

    d. On November 13, 2018 for $114,793.63.

(collectively referred to as the "ACH deposits").

9. The following, Table 1, is an accurate representation of (a) starting and ending balances for the Account, and (b) withdrawals and deposits for the Account, between August 9, 2018 and December 31, 2018:

| Date | Amount | Event |
|---|---|---|
| **August 9, 2018** | **$100.00** | **Starting Balance** |
| **August 30, 2018** | **$100.00** | **Ending Balance** |
|  |  |  |
| **September 1, 2018** | **$100.00** | **Starting Balance** |
| **September 30, 2018** | **$11.88** | **Ending Balance** |
|  |  |  |
| **October 1, 2018** | **$11.88** | **Starting Balance** |
| October 4, 2018 | $156,834.55 | ACH from "STUDCO BUILDING" |
| October 5. 2018 | $58,000.00 | Cashiers Check Withdrawal |
| October 10, 2018 | $46,000.00 | Outgoing Domestic Wire |
| October 12, 2018 | $45,000.00 | Outgoing Domestic Wire |
| October 16, 2018 | $246,260.44 | ACH from "STUDCO BUILDING" |
| October 17, 2018 | $68,000.00 | Cashiers Check Withdrawal |
| October 19, 2018 | $79,500.00 | Cashiers Check Withdrawal |
| October 23, 2018 | $50,000.00 | Withdrawal |
| October 25, 2018 | $10,464.14 | International Wire Transfer Attempted |
| October 25, 2018 | $26,535.86 | International Wire Transfer Attempted |
| October 30, 2018 | $10,464.14 | International Wire Transfer REVERSED |

| | | |
|---|---|---|
| October 30, 2018 | $26,535.86 | International Wire Transfer REVERSED |
| October 31, 2018 | $25,000.00 | Withdrawal |
| October 31, 2018 | $10,000.00 | Withdrawal |
| **October 31, 2018** | **$1,282.90** | **Ending Balance** |
| | | |
| **November 1, 2018** | **$1,282.90** | **Ending Balance** |
| November 5, 2018 | $40,980.09 | ACH from "STUDCO BUILDING" |
| November 6, 2018 | $38,000.00 | Cashiers Check Withdrawal |
| November 13, 2018 | $114,793.63 | ACH from "STUDCO BUILDING" |
| November 14, 2018 | $60,000.00 | Outgoing Domestic Wire |
| November 16, 2018 | $45,000.00 | Outgoing Domestic Wire |
| **November 31, 2018** | **$11.12** | **Ending Balance** |
| | | |
| December 1, 2018 | $11.12 | Ending Balance |
| December 31, 2018 | $0.00 | Ending Balance |

10. All cashier's check withdrawals represented in Table 1 occurred at a physical 1st Advantage bank branch.

11. All attempted or actual wire transfers represented in Table 1 occurred at a physical 1st Advantage bank branch.

12. Between October 4, 2018 and November 16, 2018, 1st Advantage used anti-money laundering software called Financial Crimes Risk Manager ("FCRM") that monitored its members' transactions.

13. FCRM was a "rules-based system" developed by FiServ, a public company that develops financial transaction security products used by thousands of financial institutions. Fiserv pre-programed rules into FCRM that triggered an "alert" when transactions occurred in a member's account that violated one of these rules.

14. 1st Advantage's compliance analysts reviewed alerts generated by FCRM on a daily basis.

15. Lesa Taylor attempted to make two international wires at a 1st Advantage branch on October 25, 2018. Related to the attempted international wire transfers:

    a. The attempted wire transfers created an alert by the Office of Foreign Asset Control ("OFAC"), which is different from a FCRM alert;

3

     b.    The alert was based on the destination of the proposed outgoing wire transfer;

     c.    1st Advantage discussed the transfers with Ms. Taylor and, due to Ms. Taylor possessing insufficient information about the identity of the recipients, 1st Advantage declined to make the proposed international wire transfers;

     d.    Other than declining to make the two proposed international wire transfers, 1st Advantage did not restrict or otherwise stop activity into or out of the Account between October 25, 2018, and November 21, 2018.

16. It is the policy of 1st Advantage to conduct its ACH activities in compliance with all applicable Rules of the National Automated Clearing House Association ("NACHA").

17. 1st Advantage received an investigative subpoena regarding the ACH transactions at issue in this case, from the Federal Bureau of Investigation ("FBI") in or about the beginning of February 2019.

18. The Parties stipulate to the authenticity of all exhibits identified in the Court's Final Pre-Trial Order.

Dated: May 26, 2022

Respectfully submitted,

By: /s/_____
Brett A. Spain (VSB No. 44567)
Bethany J. Fogerty (VSB No. 94753)
Willcox & Savage, P.C.
440 Monticello Avenue, Ste. 2200
Norfolk, Virginia 23510
757.628.5500 Telephone
757.628.5566 Facsimile
bspain@wilsav.com
bfogerty@wilsav.com
and
Myriah V. Jaworski (admitted *pro hac vice*)
Chirag H. Patel (admitted *pro hac vice*)
Beckage PLLC
420 Main Street, Ste. 1110
Buffalo, New York 14202
716.898.2102 Telephone

I-1880589.4

        mjaworski@beckage.com
        cpatel@beckage.com
        *Attorneys for Plaintiff*
        *Studco Building Systems U.S., LLC*

Dated: May 26, 2022    By: /s/_____
        John M. Bredehoft (VSB No. 33602)
        Kaufman & Canoles, P.C.
        150 West Main Street, Ste. 2100
        Norfolk, Virginia 23510
        757.624.3000 Telephone
        888.360.9092 Facsimile
        jmbredehoft@kaufcan.com
        and
        Adam B. Pratt (VSB No. 89496)
        Kaufman & Canoles, P.C.
        4801 Courthouse Street, Ste. 300
        Williamsburg, Virginia 23188
        757.259.3800 Telephone
        888.360.9092 Facsimile
        abpratt@kaufcan.com
        *Attorneys for Defendant*
        *1st Advantage Federal Credit Union*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of May 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

        /s/_____
        Brett A. Spain (VSB No. 44567)
        Bethany J. Fogerty (VSB No. 94753)
        COUNSEL FOR STUDCO BUILDING SYSTEMS US, LLC
        Willcox & Savage, P.C.
        440 Monticello Avenue, Ste. 2200
        Norfolk, Virginia 23510
        757.628.5500 Telephone
        757.628.5566 Facsimile
        bspain@wilsav.com
        bfogerty@wilsav.com

I-1880589.4