FILED: July 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1148 (L)
(2:20-cv-00417-RAJ-LRL)

_____

STUDCO BUILDING SYSTEMS US, LLC

    Plaintiff - Appellee

v.

1ST ADVANTAGE FEDERAL CREDIT UNION

    Defendant - Appellant

_____

No. 23-1766
(2:20-cv-00417-RAJ-LRL)

_____

STUDCO BUILDING SYSTEMS US, LLC

    Plaintiff - Appellant

v.

1ST ADVANTAGE FEDERAL CREDIT UNION

    Defendant - Appellee

_____

O R D E R

_____

The court consolidates Case No. 23-1766 and Case No. 23-1148 (L) as cross-appeals. The appellant in Case No. 23-1148 (L) shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk